# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0344
LT Case No. 2021-CA-032983-X

_____

OMNI HEALTHCARE, INC. and
CRAIG K. DELIGDISH,

    Appellants/Cross-Appellees,

    v.

NORTH BREVARD MEDICAL
SUPPORT, INC.,

    Appellee/Cross-Appellant.

_____


On appeal from the Circuit Court for Brevard County.
Curt Jacobus, Judge.

Scott A. Cole and Francesca M. Stein, of Cole, Scott & Kissane,
P.A., Miami, for Appellants/Cross-Appellees.

Joseph I. Zumpano and Leon N. Patricios, of Zumpano Patricios,
P.A., Coral Gables, and Michael J. Bitman, of Nelson Mullins
Riley & Scarborough, LLP, Orlando, for Appellee/Cross-
Appellant.

March 26, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and SOUD, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————